# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

United States Of America

v.

Eric Thomas Scionti

Case No.: 23-8022MJ

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date of January 18, 2023, in the District of Arizona, the defendant violated, 18 U.S.C. § 922(g)(1), an offense described as follows:

Felon in Possession of a Firearm

**See Attachment A, Incorporated by Reference Herein.**

I further state that I am a Special Agent from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒Yes   ☐ No

AUTHORIZED BY: <u>GLENN B. MCCORMICK, AUSA</u>

Digitally signed by GLENN MCCORMICK
Date: 2023.01.25 14:39:44 -07'00'

<u>Jason Saitta, Special Agent, FBI</u>
Name of Complainant

JASON SAITTA   Digitally signed by JASON SAITTA
Date: 2023.01.25 15:01:32 -07'00'

Signature of Complainant

Sworn to and subscribed telephonically

<u>1-26-23</u>
Date

at   <u>Phoenix, Arizona</u>
City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**Attachment A**

**COUNT 1**

On or about January 18, 2023, in the District of Arizona, the defendant, Eric Thomas SCIONTI, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess firearms, to wit: a Winchester rifle, model 1894, .30 WCF caliber, serial number 831271; a Keltec, CNC Industries, Inc. rifle, model SU-16, 5.56 caliber, serial number NCU36; a Czechoslovakia rifle, Model: VZ52, Caliber: 7.62, Serial Number: B31023; a Zastava pistol, Model: M57, Caliber: 7.62, Serial Number: M57-001604; a Beretta, Pietro S.P.A. pistol, Model: 1951, Caliber: 9mm, Serial Number: 26906; and a CZ (Ceska Zbrojovka) pistol, Model: CZ82, Caliber: 9mm, Serial Number 090703CZ, said firearms having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)[(1) and 924(a)(2).

## STATEMENT OF PROBABLE CAUSE

I, Jason L. Saitta, being first duly sworn, hereby depose and state as follows:

### I.   Agent Background:

1.   I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed since June 2014.  I am currently assigned to the Phoenix Field Office in Phoenix, Arizona. I am a member of the Joint Terrorism Task Force (JTTF) and am responsible for investigating acts of domestic terrorism. As a Special Agent of the FBI, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Title 18 of the United States Code.

2.   My training in law enforcement includes agency specific training in all aspects of conducting federal criminal investigations, including the planning, preparation, and execution of search warrants.  I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, §2510(7), authorized to conduct investigations into alleged violations of federal law. Through my experience and training, I know that it is a felony offense for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to receive, possess, or transport any firearm or ammunition in or affecting interstate or foreign commerce according to Title 18, United State Code, §922(g)(1). Moreover, the term "crime punishable by imprisonment for a term exceeding one year" means any federal or state felony offense, or any state offense classified as a misdemeanor and

punishable for a term of imprisonment of two years or more (Title 18, United States Code, §921(a)(20)(B)).

3.  This affidavit is made in support of a criminal complaint and arrest warrant for Eric Thomas SCIONTI ("SCIONTI") for violation of Title 18, United States Code, §922(g)(1) – Felon in Possession of a Firearm. Your affiant has identified SCIONTI based on information from Maricopa County Adult Probation (hereinafter referred to as MCAP or APD) officers, his physical description, date of birth, social security number, FBI number, several driver's license photographs, and social media accounts, photographs, and posts.

4.  The statements contained in this affidavit are based on your affiant's training and experience as a Special Agent as well as information provided to your affiant by other agents of the FBI, other law enforcement officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of your affiant's knowledge about this matter.

**II.   Facts:**

Case Initiation

5.  On or about December 31, 2022, the Federal Bureau of Investigation (FBI) received an anonymous tip to FBI National Threat Operations Center (NTOC) via 'tips.fbi.gov'. The website provides a fillable form with numerous fields in which information about the alleged crime can be entered. These fields include (among others) the date, location, and time the crime occurred, the subject's name, and a field for a

detailed description. The following is the verbatim text of the tip/detailed description as reported to NTOC:

"Eric Thomas Scionti, a convicted felon, is currently in possession of several guns and other weapons and has been actively involved with groups associated with the Boogaloo militia movement. He has had as many as 12 guns in his possession at a single time, including AR-15s and hand guns. Though the guns were purchased by Eric, the funds used to purchase them were Eric's own funds, and Eric being the sole person using the weapons recreationally, they were registered in the name of his mother, Robin Scionti, to avoid the purchases being blocked by a background check and suspicions being risen. Additionally, he has had two dozen gas grenades and several pieces of bullet proof body armor in his possession. All of these items are kept in several safes located at 113 E Hermosa Dr, Tempe AZ. These safes are usually kept in his bedroom, he will occasionally move them to a backyard shed. Weapons were first acquired in anticipation of taking part in violent uprisings following the 2020 election."

6.     In addition to the detailed description, the complainant/tipster provided the following information, verbatim, in the fillable fields:

- What was the exact crime that occurred?: Felon illegally in possession of weapons, taking part in anti-government militia movements.

- When did the crime/incident occur? (Please provide an approximate date and time): Ongoing

- Where did the crime/incident occur? (Please provide the specific location/address if possible): [Tip provided the address of a relative (hereinafter "the relative") of SCIONTI where SCIONTI is known to reside].

7. Your Affiant knows from training and experience that the "boogaloo" is not a single cohesive group, but rather a loose concept arising from internet platforms which has become a rallying point for some fringe politically motivated groups. The concept has resonated with such fringe groups to reference an impending politically-motivated civil war or uprising against the government following perceived incursions on Constitutional rights—including the Second Amendment—or other perceived government overreach.

Felony Convictions:

8. A query of the Superior Court of Arizona, Maricopa County court records revealed the following criminal history for Eric SCIONTI:

9. On September 26, 2007, SCIONTI was convicted in Superior Court of Arizona, Maricopa County of Unlawful Discharge of a Firearm, a Class 6 Undesignated Felony, and sentenced to two (2) years' probation. The case number is CR2007-149052-001 and the sentencing runs concurrent with case number CR2007-123776-001.

10. On September 26, 2007, SCIONTI was convicted in Superior Court of Arizona, Maricopa County of Criminal Possession of a Forgery Device, a Class 6 Undesignated Offense, and sentenced to two (2) years' probation. The case number is CR2007-123776-001 and the sentencing runs concurrent with case number CR2007-149052-001.

11. On May 17, 2013, SCIONTI was convicted in Superior Court of Arizona, Maricopa County of Criminal Trespass in the First Degree, a Class 6 Designated Felony, and sentenced to three (3) years' probation. The case number is CR2013-418657-001. On September 04, 2014, SCIONTI was sentenced to one (1) year incarceration in case number CR2013-418657-001 for violating the terms of probation. The sentencing runs concurrent with case number CR2014-109871-001.

12. On September 04, 2014, SCIONTI was convicted in Superior Court of Arizona, Maricopa County in case number is CR2014-109871-001 on Two (2) counts of Trafficking in Stolen Property, First Degree, both Class 2 Felony offenses. On the first count, SCIONTI was sentenced to six (6) years' incarceration to be served concurrent to case number CR2013-418657-001. On the second count, SCIONTI was sentenced to six (6) years' probation to run concurrent with cases CR2014-112967-001 and CR2014-115238-001.

13. On September 04, 2014, SCIONTI was convicted in Superior Court of Arizona, Maricopa County of Possession of Narcotic Drugs, a Class 4 Felony, and sentenced to four (4) years' probation. The case number is CR2014-112967-001. The sentence runs concurrent with cases CR2014-109871-001 (count 2) and CR2014-115238-001.

14. On September 04, 2014, SCIONTI was convicted in Superior Court of Arizona, Maricopa County of Possession of Narcotic Drugs, a Class 4 Felony, and sentenced to four (4) years' probation. The case number is CR2014-115238-001. The

sentence runs concurrent with cases CR2014-109871-001 (count 2) and CR2014-112967-001

15. Arizona Department of Corrections (ADC) records show that SCIONTI was incarcerated from September 8, 2014, to March 4, 2019, in cases CR2013-418657-001 and CR2014-109871-001.

Knowledge of Prohibited Status

16. The Uniform Conditions of Supervised Probation in case number CR2014-115238-001 signed by SCIONTI on September 04, 2014 state, in part, the following conditions:

- Probation will be for a period of four (4) years and will begin upon the absolute discharge of prison for a separate offense.

- I will maintain a crime-free lifestyle, by obeying all laws, and not engaging or participating in any criminal activity.

- **I will not possess or control any stun guns, tasers, firearms, ammunition, deadly or prohibited weapons as defined in A.R.S. §13-3101.**

- I will submit to a search and seizure of person and property by the Adult Probation Department (APD) without a search warrant.

- I will provide the APD safe, unrestricted access to my residence and receive prior approval of the APD before changing my residence. I will reside in a residence approved by the APD.

17. Between approximately April 7, 2010, and October 11, 2019, SCIONTI applied to Vacate Judgement/Dismiss Charges and restore civil rights/gun rights, applied

for a Set Aside of Judgement of Guilt, as well as multiple motions for reconsiderations, in case number CR2007-149052-001, in the Superior Court of Arizona, Maricopa County. On or about April 3, 2013, SCIONTI was granted restoration of his civil rights however, all other motions were denied. On February 10, 2020, the Court again denied SCIONTI's application to Set Aside the conviction or restore his gun rights in the aforementioned case number citing recent convictions for other offenses and insufficient evidence of rehabilitation.

18.    On December 17, 2021, a Petition to Revoke Probation – Order for Warrant was filed by MCAP in the Superior Court of Arizona, Maricopa County in case number CR2014-115238-001 for numerous probation violations.

19.    On December 17, 2021, the Superior Court of Arizona, Maricopa County issued an arrest warrant for SCIONTI in case number CR2014-115238-001 based on the probation violations documented in the Petition to Revoke Probation. On January 11, 2023, your Affiant confirmed that the warrant was still valid. Despite the issuance of the arrest warrant, SCIONTI remains subject to the terms of probation, agreed to, and signed by him on September 04, 2014.

Discovery of Firearms

20.    On January 18, 2023, probation officers with MCAP attempted to take SCIONTI into custody, on the aforementioned arrest warrant, at the home of a relative where SCIONTI is known to reside. During the attempted arrest, MCAP encountered two adults inside the residence. Based on conversations with those adults, it was unclear if

SCIONTI was inside. One of the occupants stated they had seen SCIONTI inside the residence earlier that morning.

21. Around the same time MCAP probation officers entered the residence, the homeowner, a relative of SCIONTI, arrived home from work. The relative advised MCAP as to which bedroom was utilized by SCIONTI and stated that he also exclusively utilized the hallway closet just outside of his bedroom. The relative denied owning any firearms, and stated that anything contained in the hallway closet belonged to SCIONTI.

22. MCAP probation officers proceeded to conduct a law enforcement clear of the residence in an attempt to locate SCIONTI and for officer safety. SCIONTI was not located inside. Once the residence was clear and secured, MCAP probation officers conducted a search of the residence, under their authority to do so based on the terms of the probation agreement and based on the tip received by the FBI which had been communicated to MCAP.

23. Inside the residence, MCAP probation officers located a large safe in the front room/dining room, a large and small safe along with multiple sets of body armor inside a hallway closet, and a small safe inside SCIONTI's bedroom closet.

24. MCAP officer K. Peters located a set of keys inside a suitcase that was on the bed in SCIONTI's bedroom. Officer Peters then located a key that unlocked the large safe in the hallway closet where he located multiple long-guns, at least one handgun, and multiple boxes of ammunition. MCAP officer G. Burgett communicated the findings to your Affiant.

25. Based on MCAP locating multiple safes in the residence, including several firearms and boxes of ammunition in spaces controlled and utilized by SCIONTI, your Affiant obtained federal search warrant 23-5012MB which was executed the same day.

26. Inside the residence, during the execution of the federal search warrant, FBI personnel located the following firearms inside the large safe located in the hallway closet (Note: No firearms were located in any of the other safes):

- A Winchester rifle, model 1894, .30 WCF caliber, serial number 831271

- A Keltec, CNC Industries, Inc. rifle, model SU-16, 5.56 caliber, serial number NCU36

- A Czechoslovakia rifle, Model: VZ52, Caliber: 7.62, Serial Number: B31023, Country of Origin: Czechoslovakia, Importer: I.O. Inc. Palm Bay, FL

- A Zastava pistol, Model: M57, Caliber: 7.62, Serial Number: M57-001604, Country of Origin: Serbia and Montenegro, Importer: PW Arms, Inc., Redmond, WA

- A Beretta, Pietro S.P.A. pistol, Model: 1951, Caliber: 9mm, Serial Number: 26906, Country of Origin: Italy, Importer: PW Arms, Inc., Redmond, WA

- A CZ (Ceska Zbrojovka) pistol, Model: CZ82, Caliber: 9mm, Serial Number 090703CZ, Country of Origin: Czechoslovakia, Importer: CAI Georgia, VT – Century Intl Arms, Inc.

27.    I am aware based on my training, experience, and conversations with other law enforcement officers that Winchester and Keltec, CNC Industries, Inc. firearms are not manufactured within the District of Arizona and therefor affected interstate commerce.

28.    I am aware based on my training, experience, and conversations with other law enforcement officers that the Czechoslovakia rifle, Zastava pistol, Beretta, Pietro S.P.A. pistol, and CZ pistol were manufactured outside of the Unites States and therefor affected interstate and foreign commerce.

29.    Your Affiant interviewed SCIONTI'S relative who indicated awareness that SCIONTI is a convicted felon, SCIONTI is currently on probation but had not reported as required, that SCIONTI had an outstanding warrant for his arrest, that SCIONTI was prohibited from possessing firearms, that he/she has never purchased firearms for SCIONTI, that he/she saw SCIONTI in possession of a handgun approximately a year and a half ago, that SCIONTI utilizes the hallway closet just outside his bedroom and everything in the closet belongs to SCIONTI, and he/she would not be surprised if the safes in the closet contained firearms.

30.    As of January 25, 2023, the FBI had received the results of four firearms traces. According to the website of the Department of Justice, Office of Justice Programs, firearms tracing involves systematic research to determine the history of a particular firearm, from the manufacturer or importer through the wholesale Federal Firearms Licensees (FFLs). The National Tracing Center Division (NTC) of the Bureau of

Alcohol, Tobacco, and Firearms (ATF) is responsible for conducting these firearm traces and analyzing the results.

31.    The results of the firearms traces for the Czechoslovakia rifle, Model: VZ52, Zastava pistol, Model: M57, and Beretta, Pietro S.P.A. pistol, Model: 1951, show the relative, as the dealer to whom the firearm was shipped, at the address of the relative.

32.    In the large safe inside the hallway closet, the FBI found a "Type 3 – Collector of Curios and Relics", Federal Firearms License (FFL), license number 9-86-013-03-3E-15182, with an expiration date of May 1, 2023, in the name of the relative.

33.    According to the Bureau of Alcohol, Tobacco, Firearms, and Explosives' Application for Federal Firearms License (ATF Form 7), a Type 3 FFL is for "Collectors of Curios and Relics" and is not a license to conduct business. Further, item 7 in the instructions for ATF Form 7 state:

- A Type 03 license issued under 18 U.S.C. Chapter 44:

  a. Is NOT a license to carry, use, or possess a firearm.

  b. Confers NO right or privilege to conduct an activity contrary to State or other law.

  c. Will entitle you to acquire firearms, classified as curios or relics, in interstate or foreign commerce. You may dispose of curios and relics to any person, not otherwise prohibited by the Gun Control Act of 1968, residing within your State, and to any other Federal firearms licensee in any State. **It must be emphasized that the collector's license being applied for pertains exclusively to firearms classified as curios and**

**relics, and its purpose is to facilitate a personal collection**. You may NOT engage in the business of buying and selling any type of firearm with a type 03 license. Applicants intending to engage in the firearms business should apply for a license other than a Type 03, Collector of Curios and Relics, license.

34.    Your Affiant showed the aforementioned FFL to the relative as well as a copy of his/her Arizona driver's license, which was found amongst the paperwork in the large safe in the hallway closet. Both the FFL and the driver's license contained signatures purported to be from the relative. The relative stated that the FFL was not his/hers, he/she has never applied for any type of firearms license, and the signature on the FFL was not signed/penned by him/her.

35.    Based on the fact that SCIONTI possessed firearms affecting interstate and foreign commerce on or about January 18, 2023, after having been convicted of a felony, there is probable cause to establish that SCIONTI violated Title 18, United States Code, §922(g)(1) – Felon in Possession of a Firearm.

JASON SAITTA    Digitally signed by JASON SAITTA
Date: 2023.01.25 15:03:47 -07'00'
_____
Jason L. Saitta
special Agent, FBI

Sworn and subscribed to telephonically this 26th day of January, 2023

_____
HONORABLE JOHN Z. BOYLE
United States Magistrate Judge