GARY M. RESTAINO
United States Attorney
District of Arizona
Glenn B. McCormick
Assistant United States Attorney
Arizona State Bar No. 013328
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: glenn.mccormick@usdoj.gov@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Eric Thomas Scionti,<br><br>　　　　　Defendant. | No. CR-23-00600-PHX-JJT (JZB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 922(g)(1) and 924(a)(8)<br>(Possession of a Firearm and Ammunition by a Prohibited Person)<br>Count 1<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On and before January 18, 2023, in the District of Arizona, the defendant, ERIC THOMAS SCIONTI, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit:

| No. | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|
| 1. | Keltec, CNC Industries, Inc. | SU-16 rifle | 5.56mm | NCU36 |
| 2. | Czechoslovakia | VZ52 rifle | 7.62x39mm | B31023 |
| 3. | Zastava | M57 pistol | 7.62x39mm | M57-001604 |
| 4. | Beretta, Pietro S.P.A. | 1951 pistol | 9mm | 26906 |

| 5. | CZ (Ceska Zbrojovka) | CZ82 pistol | 9mm | 090703CZ |
| 6. | Winchester | 1894 rifle | .30-.30 | 831271 |

And 1,826 rounds of ammunition of various calibers and from various manufactures, in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Count 1 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

| No. | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|
| 1. | Keltec, CNC Industries, Inc. | SU-16 rifle | 5.56mm | NCU36 |
| 2. | Czechoslovakia | VZ52 rifle | 7.62x39mm | B31023 |
| 3. | Zastava | M57 pistol | 7.62x39mm | M57-001604 |
| 4. | Beretta, Pietro S.P.A. | 1951 pistol | 9mm | 26906 |
| 5. | CZ (Ceska Zbrojovka) | CZ82 pistol | 9mm | 090703CZ |
| 6. | Winchester | 1894 rifle | .30-.30 | 831271 |

And 1,826 rounds of ammunition of various calibers and from various manufacturers.

If any of the above-described forfeitable property, as a result of any act or omission

of the defendant(s):

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: April 18, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/
GLENN B. McCORMICK
Assistant U.S. Attorney