AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для for the
District of Arizona

FILED ___ LODGED
✗ RECEIVED ___ COPY
JUL 2 7 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States of America
v.
Eric Thomas Scionti

_Defendant_

)
)  Case No.   CR-23-00600-PHX-JJT
)
)
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Eric Thomas Scionti,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:922(g)(1) and 924(a)(8) - Possession of a Firearm and Ammunition by a Prohibited Person

Date: 04/19/2023

_Rebecca E. Kobza_
_Issuing officer's signature_

City and state: Phoenix, Arizona   ISSUED ON 12:07 pm, Apr 19, 2023
cc: PTS                            s/ Debra D. Lucas, Clerk

R. Kobza - Deputy Clerk
_Printed name and title_

### Return

This warrant was received on _(date)_ 4.19.23, and the person was arrested on _(date)_ 7.11.23
at _(city and state)_ Phoenix AZ.

Date: 7.11.23

by _[signature]_
_Arresting officer's signature_

Arrested by FBI
_Printed name and title_